UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEAN J. SCHWARTZER,

                             Plaintiff,

    v.

CLARK COUNTY DISTRICT ATTORNEY, et al.,

                        Defendants.

Case No. 2:14-cv-00218-JAD-PAL

ORDER

Before the court is the parties' Joint Request for the Court to Vacate the Hearing on Defendants' Motion to Compel (Dkt. #56).  For good cause shown,

**IT IS ORDERED** that the parties' Request to Vacate Hearing (Dkt. #56) is **GRANTED**, the hearing scheduled for May 12, 2015, at 10:00 a.m., is **VACATED,** and the Emergency Motion to Compel (Dkt. #54) is deemed **WITHDRAWN** without prejudice.

**IT IS FURTHER ORDERED** that the parties shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

DATED this 11th day of May, 2015.

                                        PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE