UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEAN SCHWARTZER,<br><br>                           Plaintiff,<br>v.<br>CLARK COUNTY DISTRICT ATTORNEY,<br><br>                           Defendant. | Case No. 2:14-cv-00218-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (Dkt. #48) filed March 5, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 6, 2015. Although an Order (Dkt. #59) was entered June 2, 2015, granting the stipulation to continue the dispositive motion deadline to June 26, 2015, no dispositive motions were filed and there are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., August 10, 2015.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 27th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE