WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - Telephone
(702) 383-0701 - Fax
wcannon@ocgas.com
Attorneys for Defendants
Clark County District Attorney
and Clark County

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JEAN J. SCHWARTZER,

    Plaintiff,

vs.

CLARK COUNTY DISTRICT
ATTORNEY ex rel. CLARK COUNTY,
a political subdivision of the State of
Nevada; CLARK COUNTY, a
subdivision of the State of Nevada;
EMPLOYEE(S) AGENT(S) DOES 1-V;
AND ROE ENTITIES I-V, inclusive,

    Defendants.

CASE NO. 2:14-cv-00218-JAD-PAL

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
Law Offices of
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, ANDREW L. REMPFER, ESQ., and counsel for Defendants, WALTER R. CANNON, ESQ., that the above-entitled action be dismissed with prejudice and that each party is to bear their own costs and attorneys' fees.

DATED this 7th day of August, 2015.

LAW OFFICES OF
STEVEN J. PARSONS

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY:  /s/  Andrew L. Rempfer
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 008628
7201 W. Lake Mead Blvd.
Suite 108
Las Vegas, Nevada 89128-8354
Attorney for Plaintiff

BY:  /s/  Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  August 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY:  /s/  Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants